LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JORGE ONTIVEROS CEBREROS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE ONTIVEROS CEBREROS,<br><br>Defendant. | Case No.: 2:18-cr-265 GEB<br><br>STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING/ARRAIGNMENT ON INDICTMENT AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

The parties to this action, Plaintiff United States of America by and through Assistant United States Shea J. Kenny, and Defendant Jorge Ontiveros Cebreros (hereafter referred to as "Jorge Ontiveros") by and through his attorney Todd D. Leras, stipulate as follows:

1. This matter is presently set on December 28, 2018, at 2:00 p.m., for preliminary hearing/arraignment on Indictment. The government presented the matter to the grand jury on December 20, 2018. The grand jury returned a true bill as to a single

ORDER CONTINUING
ARRAIGNMENT HEARING

count of violating 8 U.S.C. § 1326 – Deported Alien Found in the United States - that same day (Case Number 2:18-cr-265 GEB). At the time of arraignment the government also provided defense counsel with discovery consisting of approximately 715 pages of material and a proposed resolution under this district's Fast Track Resolution Program.

2. Defense counsel is engaged in continuing review of the proposed plea agreement and discovery with Jorge Ontiveros. Jorge Ontiveros' primary language is Spanish. He therefore requires the services of a Spanish language interpreter to review discovery and discuss the proposed early resolution offer. Based on volume of initial discovery, the need to use an interpreter for all substantive discussion, and the short timeframe for consideration of a Fast Track resolution, the defense requires additional time to discuss with Mr. Ontiveros setting a future status conference/potential change of plea hearing before Judge Burrell. The defense is therefore requesting to continue the arraignment hearing to January 3, 2019, at 2:00 p.m.

3. Counsel for Defendant believes that failure to grant additional time as requested would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not oppose the request.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et*

ORDER CONTINUING
ARRAIGNMENT HEARING

*seq.*, within which trial must commence, the time period of December 28, 2018 to January 3, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Shea Kenny has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED: December 21, 2018

By     Todd D. Leras for
      SHEA J. KENNY
      Assistant United States Attorney

DATED: December 21, 2018

By     /s/ Todd D. Leras
      TODD D. LERAS
      Attorney for Defendant
      JORGE ONTIVEROS CEBREROS

ORDER CONTINUING
ARRAIGNMENT HEARING

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the preliminary hearing/arraignment hearing in this matter, scheduled for December 28, 2018, is vacated. A new arraignment hearing is scheduled for January 3, 2019, at 2:00 p.m. The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from December 28, 2018, up to and including January 3, 2019.

IT IS ORDERED.

Dated: December 21, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING
ARRAIGNMENT HEARING